**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KELLY BIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01151 |
| | ) | |
| TRANS UNION LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| EQUIFAX INFORMATION SERVICES, LLC | ) | |
| and SELECT PORTFOLIO SERVICING, | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT AS TO SELECT PORTFOLIO SERVICING, INC.**

Plaintiff, KELLY BIRK, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, SELECT PORTFOLIO SERVICING, INC., only, have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

Respectfully submitted,

By: /s/ Taylor Kosla
    Taylor Kosla
    Attorney for Plaintiffs
    AGRUSS LAW FIRM, LLC
    4809 N. Ravenswood Avenue, Suite 419
    Chicago, IL 60640
    312-224-4695 – office
    312-253-4451 – facsimile
    taylor@agrusslawfirm.com

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                       By: /s/ Taylor Kosla
                                                Taylor Kosla